1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    United States of America,                    )
                                                   )
10            Plaintiff,                           )    **06-7265M**
                                                   )
11   vs.                                           )
                                                   )
12                                                 )    **MATERIAL WITNESS ORDER**
     Miguel Angel Mondaca-Herrera,                 )
13                                                 )
              Defendant.                           )
14                                                 )
                                                   )
15

16       Defendant, Miguel Angel Mondaca-Herrera having been charged in the District of

17   Arizona with a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iii) and the

18   Magistrate Judge having determined from the affidavit of Michael A. Einspahr filed in this

19   case, the following persons can provide testimony that is material to the offense(s) alleged

20   in the complaint:

21             Carlos Munoz-Munoz

22             Eliceo Cruz-Aguilar

23

24       The Magistrate Judge finds that it may become impracticable to secure the presence of the

25   witness(es) by subpoena in further proceedings because they are not in the United States

26   legally and have no legal residence or employment in this Country.

27   / / /

28

1  IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a

2  corrections facility separate, to the extent practicable, from persons awaiting or serving

3   sentences or being held in custody pending appeal.  The witness(es) shall be afforded a

4  reasonable opportunity for private consultation with counsel.

5       DATED this 3rd day of November, 2006.

6

7

8

9

10                              Edward C. Voss
                           United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28